MARILYN RHYNE HERR v. CHARLES RYMAN HERR, JR.

May 22, 1984.

Petition for certification denied.

NANCY I. OXFELD v. AMERICAN NATIONAL BANK & TRUST OF NEW JERSEY.

May 22, 1984.

Petition for certification denied.

PATRICIA KUNZ v. DEPARTMENT OF HUMAN SERVICES.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH STENSON.

May 22, 1984.

Petition for certification denied.